| Case No. | **CV 18-6162 DMG (KSx)** | Date | January 21, 2020 |
|---|---|---|---|
| Title | *M.M.M., et al. v. County of Ventura, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE LEAVE TO FILE FOURTH AMENDED COMPLAINT**

On January 13, 2020, Plaintiffs M.M.M., Carlos Magallon, and Esmeralda Castellanos and Defendants Correctional Medical Group Companies, Inc., California Forensic Medical Group, Incorporated ("CFMG"), Jennifer Alcaraz, Joana Baez, Diana Belmontes, Heather Huffman, M.D., and Eunicia Mansayon (the "CFMG Defendants") filed a joint stipulation to permit Plaintiffs to file their Fourth Amended Complaint, adding eight paragraphs of factual allegations against the CFMG Defendants. [Doc. ## 76 ("Joint Stipulation"), 77 ("Notice of Errata").] The same day, Defendants the County of Ventura, Bradley Bordon, Steven Donlon, Manuel Esparza, Paul Jesson, James Segovia, and Raul Zamora (the "County Defendants") filed an objection to the Joint Stipulation, noting that they have not provided written consent to file the Fourth Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). [Doc. # 78.]

Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent *or the court's leave*. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2) (emphasis added). Although it is true that all defendants should have been consulted on the stipulation and proposed order, the County Defendants' objection does not state any reasons why the Court should not grant leave to amend the pleading to add factual allegations concerning only the CFMG Defendants, when the CFMG Defendants have already agreed to such amendments and have saved the parties and the Court the resources that otherwise would be spent upon an unnecessary motion for leave to amend.

Accordingly, the County Defendants are hereby **ORDERED TO SHOW CAUSE** why the Court, under the broad discretion accorded it under Rule 15, should not permit Plaintiffs to file the Fourth Amended Complaint attached to their Notice of Errata, including how they would be prejudiced by the amendment. The County Defendants shall file their response by **January 28, 2020**.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|