**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MAGALLON, individually; and ESMERALDA CASTELLANOS, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF VENTURA, a municipality; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED; JENNIFER ALCARAZ; JOANA BAEZ; DIANA BELMONTES; HEATHER HUFFMAN, M.D.; EUNICIA MANSAYON; BRADLEY BORDON; STEVEN DONLON; MANUAL ESPARZA; JAMES SEGOVIA; RAUL ZAMORA; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 18-6162-DMG (KSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, filed May 20, 2022,

IT IS HEREBY ORDERED, ADJUGED, AND DECREED that judgment is entered in favor of Defendants County of Ventura, Correctional Medical Group Companies, Inc., California Forensic Medical Group, Incorporated, Jennifer Alcaraz, Joana Baez, Diana Belmontes, Heather Huffman, M.D., Eunicia Mansayon, Bradley Bordon, Steven Donlon, Manual Esparza, James Segovia, and Raul Zamora, and against Plaintiffs.

DATED: May 20, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE